No. 72–152.  MING *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 72–153.  GNOSS ET AL. *v.* YOUNG ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 72–156.  ZARATE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–168.  ANDERSON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–183.  CRAWFORD *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–186.  MUNCHAK *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–188.  MARTINEZ-VILLANUEVA ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–194.  LANDIS TOOL Co., DIVISION OF LITTON INDUSTRIES *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Certiorari denied.

No. 72–197.  WOMACK, EXECUTOR, ET AL. *v.* FAIR ET AL.  Sup. Ct. Tenn.  Certiorari denied.

No. 72–199.  ROMANO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72 206.  COLQUITT COUNTY BOARD OF EDUCATION ET AL. *v.* HARRINGTON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–5022.  WRIGHT *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.